IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHRISTOPHER M. BARROW**,

        Plaintiff,

  v.

**MICHAEL J. ASTRUE**, Commissioner of
Social Security,

        Defendant.

_____

Civil No. 08-1437-JE

O R D E R

     Kimberly K. Tucker
     Swanson, Thomas & Coon
     820 SW 2nd Avenue, Suite 200
     Portland, Oregon  97204

           Attorney for Plaintiff

     Dwight C. Holton
     United States Attorney
     District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Richard A. Morris
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901

      Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and

Recommendation on August 4, 2010.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Jelderk's Findings and Recommendation dated

August 4, 2010 (#42) in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision finding plaintiff not

disabled is AFFIRMED.

DATED this    31st    day of August, 2010.

        /s/ Garr M. King
           GARR M. KING
        United States District Judge